IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AFTON CHEMICAL CORPORATION | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. |
| | ) |
| JIVA RESOURCES INC., d/b/a EAGLE | ) |
| INDUSTRIAL PARK and JLC REALTY LLC, | ) |
| d/b/a 39°NORTH PROPERTIES, | ) |
| | ) |
|     Defendants. | ) |

**DEFENDANT JIVA RESOURCES, INC'S
CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO
AFFILIATES OF DEFENDANT JIVA RESOURCES, INC.**

COMES NOW, the Defendant, JIVA RESOURCES, INC., by and through its attorneys, WOOD SMITH HENNING & BERMAN, LLP, and for its Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1, and Notification as to Affiliates, states as follows:

1. Pursuant to Fed. R. Civ. P. 7.1, Defendant JIVA RESOURCES, INC. is a California Corporation organized under the laws of the State of California, with its principal place of business in the State of Missouri. There are no parent or public corporations that own 10% or more of JIVA RESOURCES, INC. stock.

Respectfully submitted,

By: /s/ Craig M. Derrig
Craig M. Derrig, ARDC #6277369
Zachary Fletcher, ARDC #6310861
WOOD SMITH HENNING & BERMAN, LLP
222 South Riverside Plaza, Suite 640
Chicago, IL 60606
312-766-4450 (p) / 312-766-4451 (f)
cderrig@wshblaw.com
zfletcher@wshblaw.com
***Attorneys for Defendant Jiva Resources, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on the **13th day of October 2023**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

James L. Craney, #6282699
CRANEY WINTERS LAW GROUP, LLC
115 N. Buchanan
Edwardsville, IL 62025
(618) 307-9595
james.craney@craneylaw.com
*Attorneys for Plaintiff*

Further, the undersigned certifies that a true and correct copy of the foregoing instrument was served on the attorneys of record at their respective business e-mail addresses indicated below on this **13th** day of **October 2023**:

                                        By: */s/ Grecia Aguilar*