May 5, 2023

**Via E-Mail Only:** ZFletcher@wshblaw.com

Zachary D. Fletcher
Wood, Smith, Henning & Berman, LLP
222 South Riverside Plaza, Suite 640
Chicago, IL 60606

RE: Afton Chemical Corporation Fire Claim of Sept. 26, 2022
  Your File:  05528.0436
  Our File:    9425-50

Dear Mr. Fletcher:

Reference is made to your letter dated April 6, 2023.



As you know, an investigation and inspection was conducted by fire experts for the parties and no evidence was discovered showing that Tiger Fiber's material caused the fire at the warehouse. Fire Chief Thornton had not conducted and to our knowledge has not conducted an investigation into the fire to the extent as has been done by the parties' experts. If other evidence exists supporting the allegation that the source of the fire was Tiger Fiber's material stored in the warehouse, please forward it to me.

Your client's tender of defense and request for contractual indemnity is denied. We have also been informed by the insurer and it is our understanding that your client's demand for insurance coverage for the Afton Chemical claim is being denied.

Afton Chemical has written to you concerning a video containing relevant evidence concerning this claim. It is our understanding that the video was taken by Jiva's surveillance system, had been copied and preserved by Jiva, and was available and viewed on and about the time of the property inspections. On behalf of Tiger Fiber, a demand is made on Jiva to preserve all video recordings from September 26, 2022.

Thank you.

Very truly yours,

HEYL, ROYSTER, VOELKER & ALLEN, P.C.

BY:  /s/ **Barry S. Noeltner**

Barry S. Noeltner, Esq.
Mark Twain Plaza III
105 West Vandalia Street, Suite 100
Edwardsville, Illinois 62025
Office 618.656.4646
bnoeltner@heylroyster.com
BSN/lmk


WWW.HEYLROYSTER.COM

Exhibit F