**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| AFTON CHEMICAL CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:23-cv-03388 |
| | ) | |
| JIVA RESOURCES INC., d/b/a EAGLE INDUSTRIAL PARK and | ) | |
| | ) | |
| JLC REALTY LLC, d/b/a 39°NORTH PROPERTIES, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of Plaintiff, Afton Chemical Corporation's First Set of Interrogatories and Requests for Production directed to Defendants, JLC Realty d/b/a 39°North Properties and Jiva Resources, Inc. d/b/a Eagle Industrial Park, has been electronically served upon all counsel of record via electronic communication this 8th day of February 2024 to the following:

Zachary Fletcher, ARDC #6310861
Wood Smith Henning & Berman, LLP
222 South Riverside Plaza, Suite 640
Chicago, Illinois 60606
zfletcher@wshblaw.com
*Attorney for Defendants*

Respectfully submitted,

**CRANEY WINTERS LAW GROUP LLC**

/s/ *James L. Craney*
James L. Craney, #6282699
115 N Buchanan, Suite A
Edwardsville, IL 62025
Ph (Il): (618) 307-9595
Fax: (618) 307-6693
James.Craney@craneylaw.com
Attorneys for Counter-Defendant