### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AFTON CHEMICAL CORPORATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JIVA RESOURCES INC., d/b/a EAGLE )<br>INDUSTRIAL PARK and JLC REALTY LLC, )<br>d/b/a 39°NORTH PROPERTIES, )<br>)<br>Defendants. ) | Case No. 3:23-cv-03388-MAB |

### DEFENDANTS' AMENDED NOTICE OF REMOVAL

COMES NOW, Defendants, JIVA RESOURCES INC., d/b/a EAGLE INDUSTRIAL PARK and JLC REALTY LLC d/b/a 39°NORTH PROPERTIES, pursuant to 28 U.S.C. § 1446, the Local Rules of the United States District Court for the Southern District of Illinois, and Court Order [Doc. 42], notifies this Honorable Court that the above-entitled cause has been removed from the Circuit Court for the Twentieth Judicial Circuit of St. Clair County, to the United States District Court for the Southern District of Illinois, and in support, states as follows:

### Statement of the Case

1.      On September 23, 2021, Plaintiff, Afton Chemical Corporation, filed a complaint in the Circuit Court of St. Clair County, Illinois, for injuries allegedly caused by a fire that occurred on September 26, 2022 at the Eagle Industrial Park located in Sauget, Illinois. (See Plaintiff's Complaint, attached as *Ex. A*.)

2.      Defendants Jiva Resources, Inc. and JLC Realty, LLC, formally waived service of process and accepted service of process voluntarily through counsel on September 14, 2023.

### Diversity Jurisdiction Under 28 U.S.C. § 1332(a)

3. This action is one over which the Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441 because it is a civil action wherein the matter in controversy exceeds the sum or value of $75,000 exclusive of interests and costs, and is between citizens of different states.

4. Complete diversity exists between the parties because:

    (A) Plaintiff, AFTON CHEMICAL COMPANY, is a Delaware corporation and its principal place of business is in St. Clair County, Illinois;

    (B) Defendant JLC REALTY, LLC is a limited liability company organized under the laws of the State of Missouri, with its principal place of business in the State of Missouri. JLC REALTY, LLC is 100% owned by Li Cheng, who are is a citizen of the State of Missouri. There are no other members of JLC REALTY, LLC.

    (C) Defendant JIVA RESOURCES, INC. is a corporation organized under the laws of the State of California, with its principal place of business in the State of Missouri. There are no parent or public corporations that own 10% or more of JIVA RESOURCES INC. stock.

5. Plaintiff is seeking damages in excess of Two Million Five Hundred Thousand Dollars ($2,500,000), exclusive of interest and costs, based upon the allegations in its Complaint which seek damages in excess of $50,000 for property damage, including fire-fighting efforts and resources, loss of revenue due to the plant shut down, and other items. *See* Ex. A at ¶ 24.

6. Consequently, proper diversity of citizenship exists between the parties as required under 28 U.S.C. § 1332, and the amount in controversy in this case exceeds the jurisdictional limit of $75,000.00, exclusive of interest and costs.

7. The requisite elements of jurisdiction have been satisfied and diversity of the parties exists which entitles the Defendant to remove this action to the United States District Court for the Southern District of Illinois, pursuant to 28 U.S.C. §§ 1332 and 1446.

WHEREFORE, the Defendants JIVA RESOURCES, INC., and JLC REALTY, LLC, notify this Court that this cause has been removed from the Circuit Court of St. Clair County, Illinois, to the United States District Court for the Southern District of Illinois pursuant to the provisions of 28 U.S.C. § 1446 and the Local Rules of the United States District Court of the Southern District of Illinois.

    Respectfully submitted,

By: */s/ Zachary D. Fletcher*
Craig M. Derrig, ARDC #6277369
Zachary Fletcher, ARDC #6310861
WOOD SMITH HENNING & BERMAN, LLP
222 South Riverside Plaza
Suite 640
Chicago, IL 60606
312-766-4450 (p)
312-766-4451 (f)
cderrig@wshblaw.com
zfletcher@wshblaw.com
***Attorneys for Defendants Jiva Resources, Inc. and JLC Realty, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on the **19th day of April 2024**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

James L. Craney – james.craney@craneylaw,com
CRANEY WINTERS LAW GROUP, LLC
115 N. Buchanan
Edwardsville, IL 62025
*Attorneys for Plaintiff*


Barry S. Noeltner
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
Suite 100, Mark Twain Plaza III
105 West Vandalia
Edwardsville, Illinois 62025-0467
Telephone 618.656.4646
PRIMARY E-SERVICE - edwecf@heylroyster.com
SECONDARY E-SERVICE - bnoeltner@heylroyster.com
*Attorneys for Third-Party Defendant Tiger Fiber*


By:  */s/ Grecia Aguilar*