IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AFTON CHEMICAL CORPORATION, | ) |
| | ) Case No. 23-cv-3388-MAB |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JIVA RESOURCES, INC., AND JLC REALTY LLC, | ) |
| | ) |
| Defendants. | ) |
| vs. | ) |
| | ) |
| TIGER FIBER, INC., | ) |
| | ) |
| Third-Party Defendants. | ) |

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of Plaintiff, Afton Chemical Corporation's Rule 26 Initial Disclosures has been electronically served upon all attorneys of record on this 19th day of June 2024, to the following:

Zachary Fletcher
Wood Smith Henning & Berman, LLP
222 South Riverside Plaza, Suite 640
Chicago, Illinois 60606
zfletcher@wshblaw.com
Attorneys for Defendants JLC Realty, LLC

Barry S. Noeltner
Heyl, Royster, Voelker, & Allen, P.C.
105 West Vandalia Street Mark Twin Plaza III, Suite 100
Edwardsville, Illinois 62025
bnoeltner@heylroyster.com
Attorneys for Third-Party Defendant

Respectfully submitted,

**CRANEY WINTERS LAW GROUP LLC**

By: <u>     */s/ James L. Craney*     </u>
James L. Craney, #6282699
115 N Buchanan, Suite A
Edwardsville, IL 62025
Ph (Il): (618) 307-9595
Ph: (Mo): (314) 325-2750
Fax: (618) 307-6693
James.Craney@craneylaw.com
*Attorney for Plaintiff*