## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **AFTON CHEMICAL CORPORATION,** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>**vs.** )<br>)<br>**JIVA RESOURCES, INC., AND JLC** )<br>**REALTY LLC,** )<br>)<br>**Defendants.** )<br>**vs.** )<br>)<br>**TIGER FIBER, INC.,** )<br>)<br>**Third-Party Defendants.** )<br>) | Case No. 23-cv-3388-MAB<br>CJRA Track: B<br>Mandatory Mediation: Yes<br>Presumptive Trial Month: |

### MEMORANDUM OF MEDIATION STATUS

Plaintiff, Afton Chemical Corporation, by and through undersigned counsel, states as follows for its Memorandum of Mediation Status:

1. The parties were directed to participate in mediation on or before December 2, 2024, and to file a status report within seven (7) days of mediation.

2. Due to scheduling conflicts, the parties participated in mediation on December 16, 2024.

3. The mediation was successful, and the parties agreed to a settlement of this matter.

4. The mediator, Judge Ronald Spears, submitted a Report of Mandatory Mediation to apprise the Court of the outcome of the mediation on December 26, 2024.

5. The parties will submit a stipulation of dismissal by February 14, 2025.

RESPECTFULLY SUBMITTED,

*/s/ James L. Craney*
James L. Craney, #6282699
CRANEY WINTERS LAW GROUP, LLC
115 N. Buchanan
Edwardsville, IL 62025
(618) 307-9595
james.craney@craneylaw.com

# CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been electronically served upon all counsel of record via electronic filing and email, this 7th day of January 2025 to the following:

Zachary Fletcher, ARDC #6310861
Wood Smith Henning & Berman, LLP
222 South Riverside Plaza, Suite 640
Chicago, Illinois 60606
zfletcher@wshblaw.com
*Attorneys for Defendants*

Barry S. Noeltner
Heyl, Royster, Voelker, & Allen, P.C.
105 West Vandalia Street Mark Twin Plaza III, Suite 100
Edwardsville, Illinois 62025
bnoeltner@heylroyster.com
*Attorneys for Third-Party Defendant*

By: */s/ Kristi Dunnagan*
CRANEY WINTERS LAW GROUP LLC